UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| RONALD MARTINEZ,<br>Petitioner | CIVIL DOCKET NO. 1:19-CV-560-P |
| VERSUS | JUDGE DRELL |
| INDALECIO RAMOS, *ET AL.*,<br>Respondents | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 9), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Unopposed Motion to Dismiss (ECF No. 7) is hereby GRANTED and the Petition (ECF No. 1) is DISMISSED WITHOUT PREJUDCE for lack of jurisdiction.

THUS, DONE AND SIGNED at Alexandria, Louisiana, this 22nd day of June 2020.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE